**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1187544 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 140 Bonaire Drive<br>Panama City Beach, FL 32413<br>Number, Street, City, State & ZIP Code | 275 S Arnold Rd<br>Panama City Beach, FL 32413<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Bay<br>County | **Location of principal assets, if different from principal place of business**<br>275 South Arnold Road Panama City Beach, FL 32413<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

3/06/24  3:38PM

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

 ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR
_____     Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  6, 2024
MM / DD / YYYY

**X** /s/ Craig K Harris                                    Craig K Harris
Signature of authorized representative of debtor           Printed name

Title    MGRM

**18. Signature of attorney**

**X** /s/ Michael A. Wynn                          Date    March  6, 2024
Signature of attorney for debtor                           MM / DD / YYYY

Michael A. Wynn 112300
Printed name

Wynn & Associates PLLC
Firm name

430 W. 5th Street
Suite 400
Panama City, FL 32401
Number, Street, City, State & ZIP Code

Contact phone    (850) 526-3520        Email address    michael@wynnlaw-fl.com

112300 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  6, 2024     **X** /s/ Craig K Harris
                                            Signature of individual signing on behalf of debtor

                                            Craig K Harris
                                            Printed name

                                            MGRM
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMEX c/o Joshua Knurr, Esq. 550 Regency Square Blvd Suite 501 Jacksonville, FL 32225 | | 24000206CC Bay County Florida | | | | $10,605.03 |
| Barclays Bank Delaware 125 S. West Street Wilmington, DE 19801 | | | | | | $10,112.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | $9,309.00 |
| Chase PO Box 15298 Wilmington, DE 19850 | | | | | | $10,471.00 |
| Discover Financial Services PO Box 3025 New Albany, OH 43054 | | | | | | $10,228.00 |
| Discover Financial Services PO Box 3025 New Albany, OH 43054 | | | | | | $20,709.00 |
| Florida Department of Revenue Compliance Standards Process PO BOX 5139 Tallahassee, FL 32314 | | audit 200296249 | | | | $133,240.90 |

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fox Capital Group c/o Lieberman and Klestzick, LLP 1915 Hollywood Blvd. Ste 200 Hollywood, FL 33020 | | 23-001177 Broward County Fl | | | | $132,874.60 |
| Internal Revenue Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | 941 tax lien 647621 | | | | $89,731.00 |
| Internal Revenue Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | Tax Periods: Dec 2015 Dec 2020 March 2021 March 2022 | | | | $59,100.00 |
| John and Jim Hundley Sandpiper Beacon Beach Resort 17403 Front Beach Road Panama City Beach, FL 32413 | | Landlord for business | | $87,235.00 | $0.00 | $87,235.00 |
| Lending Club 71 Stevenson Street Suite 300 San Francisco, CA 94105 | | | | | | $17,734.00 |
| Performance Food Service 107 B Ave Valdosta, GA 31601 | | | | | | $38,088.03 |
| Royal Lagoon Seafood Inc. PO Box 190693 Mobile, AL 36619 | | | | | | $17,237.00 |
| Suntrust Bank 638 Harrison Ave. Panama City, Fl 32401 | | | | | | $29,792.00 |
| SYSCO Gulf Coast LLC 2001 West Magnolia Ave Geneva, AL 36340 | | | | | | $14,315.80 |
| Upgrade Inc. | | | | | | $20,030.00 |

Debtor  H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR
         Name                                                Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Foods, Inc PO Box 405873 Atlanta, GA 30384 | | | | | | $16,000.00 |
| US Small Business Admin North 20th Street Suite 320 Birmingham, AL 35203 | | | | $84,750.56 | $0.00 | $84,750.56 |
| US Small Business Admin North 20th Street Suite 320 Birmingham, AL 35203 | | | | $217,398.29 | $0.00 | $217,398.29 |

3/06/24  3:38PM

| **Fill in this information to identify the case:** |
| --- |

Debtor name     H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................................   $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $      165,486.38

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................   $      165,486.38

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      389,383.85

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      282,071.90

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      415,252.73

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

| $ | 1,086,708.48 |
| --- | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Mid South Bank | checking | 9702 | $11,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                      $11,000.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.  Escrow Deposit Held by Debt Consultants Group | $50,486.38 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                      $50,486.38
      Add lines 7 through 8. Copy the total to line 81.

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR
          Name

Case number *(If known)* _____

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** frozen food, dry food, refrigerated food, liquor, | | $34,000.00 | | $34,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** glasses and plates, retail items | | $4,000.00 | | $4,000.00 |

| 23. | **Total of Part 5.** | | | | $38,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

Debtor   **H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR**                     Case number *(If known)* _____
_____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>150 chairs, tables | $3,500.00 | | $3,500.00 |
| 40. | **Office fixtures**<br>20 tvs | $2,500.00 | | $2,500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Point of sale software | Unknown | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $6,000.00 |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | Dunebuggy with blown engine - the debtor may be alleged to have a beneficial interest in this asset. The asset has a nominal value as it is a wholly inoperable, quasi-rust bucket. | Unknown | | Unknown |
| 47.2. | 2 trailers | $2,000.00 | | $2,000.00 |

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 5 fryers 5,000.00, convection oven 2,000.00, flat top stove 1,500.00, 2 stand up cooler/freezers 2,000.00, chef cook island 3,000.00, 2 prep stations 2,000.00, expo hearing station 1,000.00, 4 metal tables 2,000.00, 2 steamers 5,000.00, crawfish cooker 3,000.00, 4 ice machines 4,500.00, keg cooler and equipment 9,000.00 | $40,000.00 | | $40,000.00 |
| BBQ Trailer and Smoker | $17,000.00 | N/A | $17,000.00 |
| Sandbar sign | $1,000.00 | | $1,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $60,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

**71.** **Notes receivable**
Description (include name of obligor)

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR
          Name                                          Case number *(If known)* _____

**72.**    **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit**
          **has been filed)**
          Case No 23-1389CA H&H ENTERPRISES OF PC BCH LLC
          vs. CITY OF PANAMA CITY BEACh, CW ROBERTS
          CONTRACTING, INC.                                                              Unknown

| | |
|---|---|
| **Nature of claim** | CT 1 - INVERSE CONDEMNATION AGAINST CITY OF PANAMA CITY BEACH. CT 2 - H&H TRESPA |
| **Amount requested** | $0.00 |

**75.**    **Other contingent and unliquidated claims or causes of action of**
          **every nature, including counterclaims of the debtor and rights to**
          **set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets,
          country club membership

**78.**    **Total of Part 11.**                                                    | $0.00 |
          Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,486.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $38,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $165,486.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $165,486.38 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1   Ambit Technologies**
Creditor's Name

Bold Payment
1642 Powers Ferry Road
Suite 150
Marietta, GA 30067
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5278

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Unknown    Column B: Unknown

---

**2.2   John and Jim Hundley**
Creditor's Name

Sandpiper Beacon Beach Resort
17403 Front Beach Road
Panama City Beach, FL 32413
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Landlord for business

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: $87,235.00    Column B: $0.00

Debtor  H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | SBA EIDL, | Describe debtor's property that is subject to a lien | Unknown | $11,000.00 |

Creditor's Name

2 North 20th Street, Suite 320,
Birmingham, AL 35203

Creditor's mailing address

Mid South Bank - checking - Acct# 9702

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | US Small Business Admin | Describe debtor's property that is subject to a lien | $217,398.29 | $0.00 |

Creditor's Name

North 20th Street Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2902

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | US Small Business Admin | Describe debtor's property that is subject to a lien | $84,750.56 | $0.00 |

Creditor's Name

North 20th Street Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR    Case number (if known) _____
       Name

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7009

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $389,383.85 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Compliance Standards Process<br>PO BOX 5139<br>Tallahassee, FL 32314 | $133,240.90 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
audit 200296249

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $89,731.00 | $89,731.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
941 tax lien 647621

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor  H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR _____  Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,100.00 | $59,100.00 |
|---|---|---|---|---|

2.3   Priority creditor's name and mailing address

Internal Revenue Centralized
Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59,100.00    $59,100.00

Date or dates debt was incurred

Basis for the claim:
Tax Periods:
Dec 2015
Dec 2020
March 2021
March 2022

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,605.03 |
|---|---|---|---|

3.1   **Nonpriority creditor's name and mailing address**

AMEX
c/o Joshua Knurr, Esq.
550 Regency Square Blvd
Suite 501
Jacksonville, FL 32225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  24000206CC Bay County Florida

Is the claim subject to offset? ■ No ☐ Yes

$10,605.03

---

3.2   **Nonpriority creditor's name and mailing address**

Auto-Chlor Systems
576 Appleyard Drive
Tallahassee, FL 32304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,400.00

---

3.3   **Nonpriority creditor's name and mailing address**

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6652

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,112.00

---

3.4   **Nonpriority creditor's name and mailing address**

Capital One
PO Box 30285
Salt Lake City, UT 84130

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3771

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,309.00

---

Debtor  **H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR**          Case number *(if known)* _____
        Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,337.00 |
|---|---|---|---|

Capital One
PO Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  4790

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,471.00 |
|---|---|---|---|

Chase
PO Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0026

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|

Cintas Corp
PO Box 630910
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,933.57 |
|---|---|---|---|

Citi Card

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  business loan

**Last 4 digits of account number**  4284

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

City Produce
710 Anchors Street
Fort Walton Beach, FL 32548

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,400.00 |
|---|---|---|---|

COCA COLA United
PO Box 105637
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  UCC 202001195662
UCC 202001193716

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR                Case number *(if known)*  _____
   Name

| | |
|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** |

**3.12** **Nonpriority creditor's name and mailing address**

Debt Consultants Group, Inc.
150 SE 2nd Ave
Ste. 503
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.13** **Nonpriority creditor's name and mailing address**

Discover Financial Services
PO Box 3025
New Albany, OH 43054

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4142

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$20,709.00

---

**3.14** **Nonpriority creditor's name and mailing address**

Discover Financial Services
PO Box 3025
New Albany, OH 43054

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6279

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$10,228.00

---

**3.15** **Nonpriority creditor's name and mailing address**

FNB Omaha
PO Box 3128
Omaha, NE 68103

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9269

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$6,863.00

---

**3.16** **Nonpriority creditor's name and mailing address**

Forward Financig LLC
53 State St 20th Floor
Boston, MA 02109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UCC 202005083915

Is the claim subject to offset? ☑ No ☐ Yes

$1,332.70

---

**3.17** **Nonpriority creditor's name and mailing address**

Fox Capital Group
c/o Lieberman and Klestzick, LLP
1915 Hollywood Blvd.
Ste 200
Hollywood, FL 33020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  23-001177 Broward County Fl

Is the claim subject to offset? ☑ No ☐ Yes

$132,874.60

---

**3.18** **Nonpriority creditor's name and mailing address**

Lending Club
71 Stevenson Street
Suite 300
San Francisco, CA 94105

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5191

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$17,734.00

---

Debtor   H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

Case number *(if known)* _____

Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Lien solutions
PO Box 29071
Glendale, CA 91209-9071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** UCC 202203051459

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

MCA Track

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,088.03 |
|---|---|---|---|

Performance Food Service
107 B Ave
Valdosta, GA 31601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3330

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Perq's Coffee Service
1491 Quality Way
Tallahassee, FL 32303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,237.00 |
|---|---|---|---|

Royal Lagoon Seafood Inc.
PO Box 190693
Mobile, AL 36619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5591

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,792.00 |
|---|---|---|---|

Suntrust Bank
638 Harrison Ave.
Panama City, Fl 32401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7513

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,122.00 |
|---|---|---|---|

Synchrony Bank
Attn: Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8309

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,986.00**

Synovus Bank
1111 Bay Ave
Columbus, GA 31901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3842

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,315.80**

SYSCO Gulf Coast LLC
2001 West Magnolia Ave
Geneva, AL 36340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8520

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

The Law Offices of Shaun Spector, PLLC
2322 Galiano Street
2nd Floor
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** attorney for debtors re: Fox Capital Group

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,760.00**

Upgrade Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6817

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,030.00**

Upgrade Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0792

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,000.00**

US Foods, Inc
PO Box 405873
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,213.00**

Wells Fargo
1 Home Campus MAC X2303-01A
Attn: Bankruptcy
Des Moines, IA 50328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2087

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number (if known) | |
|--------|-------------------------------------------|------------------------|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney General of the United States<br>U.S. Dept of Justice<br>950 Pennsylvania Ave, NW<br>Office of the General Counsel<br>Washington, DC 20530-0010 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Attorney General of the United States<br>U.S. Dept of Justice<br>950 Pennsylvania Ave, NW<br>Office of the General Counsel<br>Washington, DC 20530-0010 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Florida Department of Revenue<br>Office of the General Counsel<br>Attn Agency Clerk, Bldg. One<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-0104 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Florida Dept Of Revenue<br>Office of the General Counsel<br>Attn: Agency Clerk<br>PO Box 6668<br>Tallahassee, Fl 32314 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Joshua Knurr, Esq.<br>9550 Regency Square Blvd.<br>Suite 501<br>Jacksonville, FL 32225 | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | United States Attorney's Office, NDFL<br>111 North Adams Street<br>4th Floor U.S. Courthouse<br>Attn: Civil Division - Bankruptcy<br>Tallahassee, FL 32301 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | US Attorney, Tallahassee Office<br>111 N Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 282,071.90 |
| 5b. Total claims from Part 2 | 5b. + | $ 415,252.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 697,324.63 |

3/06/24  3:38PM

**Fill in this information to identify the case:**

Debtor name      H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest     credit card processing equipment lease <br><br> State the term remaining <br><br> List the contract number of any government contract | Ambit Technologies <br> Bold Payment <br> 1642 Powers Ferry Road <br> Suite 150 <br> Marietta, GA 30067 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest     dishwasher <br><br> State the term remaining <br><br> List the contract number of any government contract | Auto-Chlor Systems <br> 576 Appleyard Drive <br> Tallahassee, FL 32304 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest     employee leasing <br><br> State the term remaining <br><br> List the contract number of any government contract | Destiny Hospitality <br> 150 Tierra Vada Way <br> Panama City Beach, FL 32407 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest     business lease <br><br> State the term remaining <br><br> List the contract number of any government contract | John and Jim Hundley <br> Sandpiper Beacon Beach Resort <br> 17403 Front Beach Road <br> Panama City Beach, FL 32413 |

| Fill in this information to identify the case: |
|---|

Debtor name ___H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Craig Harris | 140 Bonoire Drive<br>Panama City Beach, FL 32413 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | David Humphrey | 134 Coral Drive<br>Panama City Beach, FL 32413 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Lindsay Harris | 140 Bonoire Drive<br>Panama City Beach, FL 32413 | AMEX | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | For year before that:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $2,587,903.00 |
   | For the fiscal year:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $2,739,773.77 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

3/06/24  3:38PM

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. American Express National Bank vs. Lindsay Harris , Individually and d/b/a Sandbar 24000206CC | | Bay County Clerk of Court 300 East 4th Street Panama City, FL 32401 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

3/06/24  3:38PM

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR                    Case number *(if known)*

---

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wynn & Associates<br>430 W 5th Street<br>Suite 400<br>Panama City, FL 32401 | | February 2024 | $10,000.00 |
| | **Email or website address**<br>wynnpllc.com | | | |
| | **Who made the payment, if not debtor?**<br>Craig Harris | | | |
| 11.2. | Debt Consultants Group, Inc.<br>150 SE 2nd Ave<br>Ste. 503<br>Miami, FL 33131 | | | Unknown |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

3/06/24 3:38PM

| Debtor | H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR          Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Pettys Tax & Accounting<br>8406 Panama City<br>Panama City Beach, FL 32407 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Humphries | 134 Coral Drive<br>Panama City Beach, FL 32413 | | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig Harris | 140 Bonoire Drive<br>Panama City Beach, FL 32413 | | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR                    Case number *(if known)* _____

**control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March  6, 2024

/s/ Craig K Harris                                          Craig K Harris
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     MGRM

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR      Case No. _____
                                     Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 40,000.00 |

2. The source of the compensation paid to me was:

     ☐ Debtor      ☑ Other (specify):    Debtor's Owner

3. The source of compensation to be paid to me is:

     ☐ Debtor      ☑ Other (specify):    Subject to Court Approval, either the Debtor or Debtor's Principal should render payment on the terms to be ordered by the Court.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March  6, 2024
*Date*

/s/ Michael A. Wynn
Michael A. Wynn 112300
*Signature of Attorney*
Wynn & Associates PLLC
430 W. 5th Street
Suite 400
Panama City, FL 32401
(850) 526-3520  Fax: (850) 526-5210
michael@wynnlaw-fl.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Florida

In re   H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

_____
Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the MGRM of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March  6, 2024
_____

Signature   /s/ Craig K Harris
_____
Craig K Harris

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Florida

In re    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the MGRM of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 6, 2024

/s/ Craig K Harris

Craig K Harris/MGRM
Signer/Title

Ambit Technologies
Bold Payment
1642 Powers Ferry Road
Suite 150
Marietta, GA 30067

AMEX
c/o Joshua Knurr, Esq.
550 Regency Square Blvd
Suite 501
Jacksonville, FL 32225

Attorney General of the United States
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Office of the General Counsel
Washington, DC 20530-0010

Auto-Chlor Systems
576 Appleyard Drive
Tallahassee, FL 32304

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chase
PO Box 15298
Wilmington, DE 19850

Cintas Corp
PO Box 630910
Cincinnati, OH 45263

Citi Card

City Produce
710 Anchors Street
Fort Walton Beach, FL 32548

COCA COLA United
PO Box 105637
Atlanta, GA 30348

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Craig Harris
140 Bonoire Drive
Panama City Beach, FL 32413

David Humphrey
134 Coral Drive
Panama City Beach, FL 32413

Debt Consultants Group, Inc.
150 SE 2nd Ave
Ste. 503
Miami, FL 33131

Destiny Hospitality
150 Tierra Vada Way
Panama City Beach, FL 32407

Discover Financial Services
PO Box 3025
New Albany, OH 43054

Florida Department of Revenue
Compliance Standards Process
PO BOX 5139
Tallahassee, FL 32314

Florida Department of Revenue
Office of the General Counsel
Attn Agency Clerk, Bldg. One
2450 Shumard Oak Blvd
Tallahassee, FL 32399-0104

Florida Dept Of Revenue
Office of the General Counsel
Attn: Agency Clerk
PO Box 6668
Tallahassee, Fl 32314

FNB Omaha
PO Box 3128
Omaha, NE 68103

Forward Financig LLC
53 State St 20th Floor
Boston, MA 02109

Fox Capital Group
c/o Lieberman and Klestzick, LLP
1915 Hollywood Blvd.
Ste 200
Hollywood, FL 33020

Internal Revenue Centralized Insolv
P.O. Box 7346
Philadelphia, PA 19101-7346

John and Jim Hundley
Sandpiper Beacon Beach Resort
17403 Front Beach Road
Panama City Beach, FL 32413

Joshua Knurr, Esq.
9550 Regency Square Blvd.
Suite 501
Jacksonville, FL 32225

Lending Club
71 Stevenson Street
Suite 300
San Francisco, CA 94105

Lien solutions
PO Box 29071
Glendale, CA 91209-9071

Synovus Bank
1111 Bay Ave
Columbus, GA 31901

Lindsay Harris
140 Bonoire Drive
Panama City Beach, FL 32413

SYSCO Gulf Coast LLC
2001 West Magnolia Ave
Geneva, AL 36340

MCA Track

The Law Offices of Shaun Spector, PLLC
2322 Galiano Street
2nd Floor
Miami, FL 33134

Performance Food Service
107 B Ave
Valdosta, GA 31601

United States Attorney's Office, NDFL
111 North Adams Street
4th Floor U.S. Courthouse
Attn: Civil Division - Bankruptcy
Tallahassee, FL 32301

Perq's Coffee Service
1491 Quality Way
Tallahassee, FL 32303

Upgrade Inc.

Royal Lagoon Seafood Inc.
PO Box 190693
Mobile, AL 36619

US Attorney, Tallahassee Office
111 N Adams Street
Fourth Floor
Tallahassee, FL 32301

SBA EIDL,
2 North 20th Street, Suite 320,
Birmingham, AL 35203

US Foods, Inc
PO Box 405873
Atlanta, GA 30384

Suntrust Bank
638 Harrison Ave.
Panama City, Fl 32401

US Small Business Admin
North 20th Street Suite 320
Birmingham, AL 35203

Synchrony Bank
Attn: Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060

Wells Fargo
1 Home Campus MAC X2303-01A
Attn: Bankruptcy
Des Moines, IA 50328

# United States Bankruptcy Court
## Northern District of Florida

In re    H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March  6, 2024

Date

/s/ Michael A. Wynn

Michael A. Wynn 112300

Signature of Attorney or Litigant

Counsel for   H&H ENTERPRISES OF PC BCH LLC DBA SANDBAR

Wynn & Associates PLLC
430 W. 5th Street
Suite 400
Panama City, FL 32401
(850) 526-3520 Fax:(850) 526-5210
michael@wynnlaw-fl.com